

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-26-1996

# In Re: Martin

Precedential or Non-Precedential:

Docket 95-1581

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation
"In Re: Martin" (1996). *1996 Decisions*. Paper 118.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/118

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 95-1581

In re: Martin


O R D E R


    It appearing that it was the intention of the Court to publish the May 7, 1996 opinion entered in the above-entitled appeal and that the opinion in error was not processed for publication;

    It is hereby O R D E R E D that the opinion shall be published and reported as a published opinion of the Court under the May 7, 1996 filing date.


For the Court,


P. Douglas Sisk
Clerk

Dated:  July 26, 1996